**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GUY GIUFFRE,<br><br>       Plaintiff<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5 AND AMERICAN HOME MORTGAGE SERVICING, INC..<br><br>       Defendants | CIVIL ACTION NO.: 12-11510-JLT |

**ASSENTED TO MOTION OF DEFENDANT, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5'S FOR LEAVE TO WITHDRAW ITS MOTION TO DISMISS AND FILE AN AMENDED MOTION TO DISMISS**

Pursuant to Local Rule 7.1(B)(3), Defendant, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 ("Deutsche Bank as Trustee"), requests leave to withdraw its Motion to Dismiss Plaintiff's Verified Complaint (Document No. 4) and its Memorandum of Law in Support of its Motion to Dismiss (Document No. 5) and file an amended motion to dismiss and memorandum of law in support. In support of this Motion, Deutsche Bank as Trustee states that it seeks to withdraw its Motion to Dismiss at the request of Plaintiff and file an Amended Motion to Dismiss and Memorandum of Law in Support to incorporate facts discovered after the Motion to Dismiss was filed. In addition, Plaintiff assents to this motion.

WHEREFORE, for the reasons set forth, the Defendant, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates,

Series 2006-OPT5, respectfully request that this Honorable Court grant leave to withdraw the

Motion to Dismiss filed as Document No. 4 and the Memorandum of Law in Support of the

Motion to Dismiss filed as Exhibit No. 5 and file an amended motion to dismiss and

memorandum of law in support.

Respectfully submitted,

The Defendant,
**Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5,**
By its Attorneys,


*/s/ Jennifer S. Bunce*
Maura K. McKelvey, BBO # 600760
Justin M. Fabella, BBO # 654859
Jennifer S. Bunce, BBO # 663348
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
Date:    September 21, 2012          Tel: (617)213-7000 / Fax: (617)213-7001

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

In accordance with Local Rule 7.1(a)(2), I, Jennifer S. Bunce, do hereby certify that I conferred with Plaintiff's counsel regarding Defendant's Motion for Leave to Withdraw and File an Amended Motion to Dismiss.


*/s/ Jennifer S. Bunce*
Jennifer S. Bunce


**CERTIFICATE OF SERVICE**
I, Jennifer S. Bunce, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on September 21, 2012.


*/s/ Jennifer S. Bunce*
Jennifer S. Bunce

34264043v1 0938246