UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| Guy Giuffre, | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION NO. 12-11510- JLT |
| Homeward Residential, Inc.; et al | |
| Defendants | |

MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY

NOW COMES Guy Giuffre, plaintiff, and respectfully moves the court for leave to cite additional authority in support of his objection to the motion of Homeward Residential to dismiss, and for reasons states that his undersigned counsel only recently became aware that <u>CWCapital Asset Management, LLC v. Chicago Properties, LLC, et al</u>, 610 F.3d 497 (7th Cir.) supports his assertion that as the mortgage servicer for a securitized trust, Homeward is a necessary party in this action. Written by Judge Posner, the court discussed extensively the role of a servicer in relation to a securitized trust, and stated: "It is thus the servicer, under the [pooling and servicing] agreement, who has the whip hand; he is the lawyer *and* the client, and the trustee's duty, when the servicer is carrying out his delegated duties, is to provide support." (emphasis in the original.) The court then held that the servicer is the real party in interest within the meaning of Rule 17.

For the court's convenience, a copy of the decision is attached.

December 28, 2012

                Respectfully submitted,
                Guy Giuffre, plaintiff,
                By his attorney


                /S/  *David G. Baker*
                David G. Baker, Esq.
                236 Huntington Avenue, Room 306
                Boston, MA 02115
                617-367-4260
                BBO# 634889

Certificate of Service

      The undersigned states upon information and belief that the within motion was served upon the parties named below by the court's CM/ECF system on the date set forth above.

      /S/ *David G. Baker*
      David G. Baker, Esq.

Jennifer S. Bunce    jbunce@hinshawlaw.com, mcenteio@hinshawlaw.com

Justin M. Fabella    jfabella@hinshawlaw.com, mtervo@hinshawlaw.com

Maura K. McKelvey    mmckelvey@hinshawlaw.com, mambers@hinshawlaw.com